IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHALID K. MACK, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-2344 |
| | : | |
| LAURA WILLIAMS, *et al.* | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 5th day of November, 2025, upon consideration of Plaintiff Khalid K. Mack's *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. For the reasons stated in the Court's Memorandum, the following claims are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii): (1) all official capacity claims; (2) all municipal liability claims against Wellpath and Delaware County; and (3) all claims against Defendants Laura Williams, Nedd, and Susan Sendall.

2. The Clerk of Court is **DIRECTED** to send Mack a blank copy of the Court's standard form complaint for prisoners to use to file a complaint bearing the above civil action number.

3. Mack is given thirty (30) days to file an amended complaint in the event he can allege additional facts to state a plausible claim with respect to the claims that have been dismissed without prejudice. Any amended complaint shall identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint, shall state the basis for Mack's claims against each defendant, and shall bear the title "Amended Complaint" and the case number 25-2344. **If Mack files an amended complaint, his amended**

**complaint must be a complete document that includes all of the bases for Mack's claims, including claims that the Court has not yet dismissed if he seeks to proceed on those claims. Claims that are not included in the amended complaint will not be considered part of this case.** When drafting his amended complaint, Mack should be mindful of the Court's reasons for dismissing his claims as explained in the Court's Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

4. If Mack does not file an amended complaint, the Court will direct service of his initial Complaint on Defendant Kelly Mullan **only**. Mack may also notify the Court that he seeks to proceed on his claim for medical deliberate indifference against Defendant Kelly Mullan rather than file an amended complaint. If he files such a notice, Mack is reminded to include the case number for this case, 25-2344.

5. Because it appears from the Pennsylvania Department of Corrections Inmate Locator that Mack is currently incarcerated at SCI Camp Hill, the Clerk of Court is **DIRECTED** to update Mack's address to the facility address of SCI Camp Hill with the inmate number QR3094.

6. The time to serve process under Federal Rule of Civil Procedure 4(m) is **EXTENDED** to the date the Court issues summonses in this case if summonses are issued.

**BY THE COURT:**

/s/ Catherine Henry
_____
**CATHERINE HENRY, J.**
